UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
CARTER LEDYARD & MILBURN LLP,               :
                                            :         22cv9274(DLC)
                        Plaintiff,          :
            -v-                             :         ORDER
                                            :
MUSEUM OF DREAM SPACE LLC, et al.,          :
                                            :
                        Defendants.         :
                                            :
------------------------------------------- X

DENISE COTE, District Judge:

     The first amended complaint ("FAC") pleads that diversity

exists.  The equity partners of the plaintiff, a law firm, were

citizens and residence of New York, New Jersey or Connecticut

when this action was filed.  Four of the corporate defendants --

Museum of Dream Space LLC, Museum of Dream Space GG, LLC, Museum

of Dream Space Chicago LLC, and New Media Art Hollywood, LLC --

are described as California, Nevada and Illinois limited

liability companies who are wholly owned by Dahooo American

Corporation ("Dahoo"), which is a Nevada corporation, or by

Charles Chang, who is a resident of California.  Defendant

Beijing Dehuo Technology Co. Ltd. is incorporated in China.

     The FAC does not identify the principal place of business

of Dahoo.  Accordingly, it is hereby

     ORDERED that, pursuant to Rule 5(B) of the Court's

Individual Rules of Practice in Civil Cases, the plaintiff shall

file on ECF, by **January 20, 2026,** a letter no longer than two

pages explaining the basis for its belief that diversity of citizenship exists.

Dated:    New York, New York
          January 7, 2026

_____
DENISE COTE
United States District Judge

2