UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CARTER LEDYARD & MILBURN LLP,             :        22cv9274 (DLC)
                                          :
                            Plaintiff,    :        ORDER
            -v-                           :
                                          :
MUSEUM OF DREAM SPACE LLC, et al.,        :
                                          :
                            Defendants.   :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

      This action was filed on October 28, 2022 against Museum of

Dream Space LLC ("MODS"), Dahooo American Corporation

("Dahooo"), Jiang Chang a/k/a Charles Chang, Museum of Dream

Space GG, LLC ("MODS GG"), Museum of Dream Space Chicago, LLC

("MODS Chicago"), New Media Art Hollywood, LLC ("NMAH"), and

Beijing Dehuo Technology Co., Ltd. ("Dehuo").  An amended

complaint was filed on November 9, 2022.  Dehuo has not been

served.  The docket sheet reflects that MODS GG, MODS Chicago,

and NMAH have not answered the amended complaint.  An Opinion of

January 7, 2026 denied MODS, Dahooo, and Chang's motion to

dismiss the action for lack of venue and personal jurisdiction.

Accordingly, it is hereby

      ORDERED that the plaintiff shall file by **February 6, 2026**

any motion for entry of a default judgment against MODS GG, MODS

Chicago, and NMAH.  Counsel shall review this Court's Individual

Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiff shall file proof of service on ECF on or before **February 13, 2026.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **February 20, 2026** at **12:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of MODS GG, MODS Chicago, and NMAH to appear will result in a default or a default judgment.

Dated:    New York, New York
          January 21, 2026

_____
DENISE COTE
United States District Judge