UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CARTER LEDYARD & MILBURN LLP,             :          22cv9274 (DLC)
                                          :
                          Plaintiff,      :          ORDER
            -v-                           :
                                          :
MUSEUM OF DREAM SPACE LLC, et al.,        :
                                          :
                          Defendants.     :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     An Order of January 21, 2026, instructed any new counsel

for defendants Museum of Dream Space LLC ("MODS"), Dahooo

American Corporation ("Dahooo"), and Jiang Chang a/k/a Charles

Chang, to file a notice of appearance on ECF by February 20.

The Order warned MODS and Dahooo that the failure to submit a

notice of appearance may result in an entry of a default

judgment against them.  The Order also instructed the three

defendants to answer the amended complaint by February 20.

Chang filed a Notice of Pro Se Appearance on February 11.  No

notice of appearance was filed on behalf of MODS and Dahooo by

February 20.  None of the three defendants answered the amended

complaint by February 20.  Accordingly, it is hereby

     ORDERED that a default is entered against MODS and Dahooo

in favor of the plaintiff.  Any inquest on damages will proceed

after a determination of Chang's liability.

IT IS FURTHER ORDERED that the plaintiff shall file any motion for default judgment against Chang by **March 6, 2026.** Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order on Chang no later than **February 27, 2026,** and it shall serve its motion for default judgment papers on Chang no later than **March 9, 2026.** Proof of such service shall be filed on ECF no later than **March 12, 2026.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **March 18, 2026** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of Chang to appear will result in a default or a default judgment.

Dated:    New York, New York
          February 25, 2026

_____
DENISE COTE
United States District Judge

2