UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
 CARTER LEDYARD & MILBURN LLP,            :         22cv9274 (DLC)
                                          :
                      Plaintiff,          :            ORDER
           -v-                            :
                                          :
 MUSEUM OF DREAM SPACE LLC, et al.,       :
                                          :
                      Defendants.         :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     An Order of January 21, 2026, instructed the defendants to
answer the amended complaint by February 20.  Jiang Chang a/k/a
Charles Chang filed a Notice of Pro Se Appearance and a Consent
to Electronic Service on February 11.  Chang did not file an
answer to the amended complaint on ECF by February 20.  An Order
of February 25 instructed the plaintiff to file a motion for
default judgment against Chang by March 6 and set a default
judgment hearing for March 18.  The plaintiff filed a letter on
February 26 informing the Court that it had received an answer
from Chang on February 19.  Accordingly, it is hereby

     ORDERED that the February 25, 2026 Order is vacated.

     IT IS FURTHER ORDERED that Chang shall revisit the Order of
January 21, 2026 that instructed Chang about the procedures for
proceeding as a pro se party.  The January 21 Order informed
Chang that, among other things, he must email any communications

with the Court to the Pro Se Intake Unit at

prose@nysd.uscourts.gov.  Instructions for email communication

with the Pro Se Intake Unit may be found at

https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-

04-21-Email-Instructions-pro-se-filings-final.pdf.

IT IS FURTHER ORDERED that Chang shall file an answer to

the amended complaint on ECF by **March 6, 2026.**

IT IS FURTHER ORDERED that a pretrial conference will be

held on **March 25, 2026** at **11:00 a.m.** in Courtroom 18B, 500 Pearl

Street, New York, New York.  Please refer to the Order dated

January 7, 2026, for all other information relating to the

conference.

IT IS FURTHER ORDERED that the plaintiff shall serve this

Order on Chang no later than **February 27, 2026.**

Dated:    New York, New York
          February 26, 2026

_____
          DENISE COTE
       United States District Judge

2