UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                             :

CARTER LEDYARD & MILBURN LLP,         :         22cv9274 (DLC)
                                             :
                      Plaintiff,    :          ORDER
          -v-                       :
                                             :

MUSEUM OF DREAM SPACE LLC, et al.,   :

                     Defendants.   :
                                             :
------------------------------------------ X

DENISE COTE, District Judge:

Having received defendant Jiang Chang a/k/a Charles Chang's request on March 23, 2026, it is hereby

ORDERED that Chang may email the S.D.N.Y. Interpreters at interpreters@nysd.uscourts.gov to request a list of interpreters he may hire for the March 25 pretrial conference.

Dated:    New York, New York
         March 23, 2026

                                     _____
                                        DENISE COTE
                           United States District Judge