UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARTER LEDYARD & MILBURN LLP,<br><br>Plaintiff,<br>-v-<br><br>MUSEUM OF DREAM SPACE LLC, et al.,<br><br>Defendants. | : | 22cv9274 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On February 26, 2026, a default was entered against Museum of Dream Space LLC ("MODS") and Dahooo American Corporation ("Dahooo") in this action. As of August 20, all claims against the other defendants initially named in this action have been dismissed. Accordingly, it is hereby

ORDERED that the plaintiff shall file by **September 4, 2026** any motion for entry of judgment against MODS and Dahooo. The motion shall specify the amount sought against each defendant.

IT IS FURTHER ORDERED that any response shall be filed by **October 5, 2026.**

IT IS FURTHER ORDERED that the plaintiff shall serve this order on defendants by **August 24, 2026.** Proof of such service

shall be filed on ECF no later than **August 25, 2026.**

Dated: New York, New York
August 21, 2026

______________________________
DENISE COTE
United States District Judge