UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARTER LEDYARD & MILBURN LLP, Plaintiff, | : | 22cv9274 (DLC) |
| -v- | : | ORDER |
| MUSEUM OF DREAM SPACE LLC, et al., Defendants. | : | |

DENISE COTE, District Judge:

On February 26, 2026, a default was entered against Museum of Dream Space LLC ("MODS") and Dahooo American Corporation ("Dahooo") in this action. As of August 20, all claims against the other defendants initially named in this action were dismissed. On September 4, the plaintiff filed a motion for entry of judgment against MODS and Dahooo. Neither defendant replied to the motion by October 5, the date set forth in the Court's scheduling order of August 21. Accordingly, it is hereby

ORDERED that the plaintiff shall file by **October 7, 2026** a proposed judgment against MODS and Dahooo which identifies the claims on which judgment should be entered and the amount of the

judgment.

Dated: New York, New York
October 6, 2026

[signature]
DENISE COTE
United States District Judge