UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARTER LEDYARD & MILBURN LLP,<br><br>Plaintiff,<br><br>- against -<br><br>MUSEUM OF DREAM SPACE LLC, DAHOOO AMERICAN CORPORATION, MUSEUM OF DREAM SPACE GG, LLC, MUSEUM OF DREAM SPACE CHICAGO, LLC, NEW MEDIA ART HOLLYWOOD, LLC, BEIJING DEHUO TECHNOLOGY CO., LTD. and JIANG CHANG, a/k/a CHARLES CHANG,<br><br>Defendants. | Case No. 22-cv-09274(DLC) |

## ~~[PROPOSED]~~ ORDER OF DEFAULT JUDGMENT

Upon Plaintiff Carter Ledyard & Milburn LLP's Motion for Default Judgment against Defendants Museum of Dream Space LLC and Dahooo American Corporation (together, "Defaulting Defendants"), pursuant to Fed. R. Civ. P. 55, in the above-captioned proceeding (the "Motion"); and the Court having considered and having reviewed the Amended Complaint, the Motion, the supporting memorandum of law, the supporting Declarations and the evidence submitted in support thereof, the Court finds that the Motion should be granted. The Court finds and determines as follows:

This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332, and personal jurisdiction over the Defaulting Defendants. Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims at issue occurred in this district.

Case 1:22-cv-09274-DLC-GS Document 93 Filed 10/07/26 Page 2 of 2

The Defaulting Defendants were duly, lawfully and regularly served with the Summons, Complaint and Amended Complaint in the form and manner required by law.

The Defaulting Defendants have appeared but have failed to answer the complaint in this case, and the time to do so has passed.

This Court has certified the default of the Defaulting Defendants. Their failure to answer constitutes an admission of all allegations in Plaintiff's Complaint as to liability.

It is therefore ORDERED, ADJUDGED, AND DECREED, that Final Judgment is entered in favor of Plaintiff Carter Ledyard & Milburn LLP and against the Defaulting Defendants as follows:

On the First and Second Causes of Action, judgment is entered in the amount of $1,005,773.27 against Museum of Dream Space LLC, together with post-judgment interest as specified by applicable law.

On the First and Second Causes of Action, judgment is entered in the amount of $1,012,234.47 against Dahooo American Corporation, together with post-judgment interest as specified by applicable law.

The Clerk of Court shall close the case.

Dated: New York, New York
October 7, 2026

Denise Cote
U.S.D.J.



4897-7053-3591.v1